BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

CHRISTIAN MEJIA (NY SBN: 5641352)
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice, Civil Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:    (202) 305-7548
Fax:          (202) 307-0054
E-mail:       Christian.Mejia@usdoj.gov

*Counsel for the United States*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>      *v.*<br><br>Juan C. Arriaga, in his individual capacity and doing business as Quality Roofing Company; State of California Franchise Tax Board; County of Santa Clara, Department of Tax and Collections; County of Santa Clara, Department of Child Support Services; Lakeview Loan Servicing LLC; SRS Distribution Inc., doing business as Roofline Supply & Delivery,<br><br>      Defendants. | Case No. 3:26-cv-02159-CRB<br><br>**STIPULATED MOTION REGARDING LIEN PRIORITY BETWEEN THE UNITED STATES AND SRS DISTRIBUTION, INC., D/B/A ROOFLINE SUPPLY & DELIVERY** : ORDER |

Plaintiff, the United States, and Defendant, SRS Distribution, Inc., D/B/A Roofline Supply & Delivery ("SRS Distribution"), though undersigned counsel, stipulate as follows:

1.    On March 12, 2026, the United States filed this action to (1) reduce to judgment certain outstanding federal tax assessments against Defendant Juan C. Arriaga, and (2) foreclose federal tax

Stipulated Motion regarding Lien Priority          1

liens on real property commonly known as 10365 New Avenue, Gilroy, CA 95020 ("Subject Property").

2.     This Stipulated Motion relates to the Subject Property.

3.     The Subject Property is identified by Santa Clara County's Assessors' Parcel Numbers 835-11-017, portion, and 835-11-123.

4.     The Subject Property is more particularly described and identified as follows:

The land referred to is situated in the unincorporated area of the County of Santa Clara, State of California, and is described as follows:

All that real property situate in the County of Santa Clara, State of California, being the portion of Lot 156 as shown on the map entitled "Catherine Dunne Ranch Map No. 1", filed November 15, 1893 in Book G of Maps, at Pages 92 and 93, Records of Santa Clara County, California, contained within the Lands described in the Affidavit of Death of Trustee, recorded March 3, 2011 as Document Number 21101362, Official Records of Santa Clara County, California, more particularly described as follows:

Beginning at the intersection of the centerline of New Avenue with the Northwesterly line of said Lot 156; thence along said centerline, S 23° 48' 00" E, a distance of 314.33 feet; thence leaving said centerline running parallel with said Northwesterly line of Lot 156, S 66° 12' 00" W, a distance of 693.00 feet to the West line of said Lot 156; thence along said West line, N 23° 48' 00" W, a distance of 314.32 feet to the Northwesterly line of said Lot 156; thence along said Northwesterly line, N 66° 12' 00" E, a distance of 693.00 feet to the Point of Beginning.

Said description pursuant to that certain Certificate of Compliance recorded September 5, 2013 as Document No. 22374886, Official Records of Santa Clara County, California.

APN:  835-11-017, a portion

5.     The United States named SRS Distribution as a defendant in this action pursuant to 26 U.S.C. § 7403(b). The United States claims no monetary relief against SRS Distribution.

6.     The United States asserts that federal tax liens encumber the Subject Property. These federal tax liens are referenced in paragraphs 22 through 26 of the complaint for this action. ECF No. 1.

//

//

//

//

//

Stipulated Motion regarding Lien Priority          2

7.    The IRS recorded Notices of Federal Tax Liens regarding the tax assessments described in paragraph 22 of the complaint for this action with the Santa Clara County Clerk Reorder, as follows:

| Recording Date | Instrument Number | Named Party | Recording Document | Tax Type | Tax Periods |
|---|---|---|---|---|---|
| 7/5/2017 | 23690227 | Juan Carlos Arriaga | Notice of Federal Tax Lien | Form 940<br><br>Form 941<br>Form 941<br>Form 941 | 2013<br><br>6/30/2013<br>9/30/2013<br>12/31/2013 |
| 7/31/2017 | 23715567 | Juan Carlos Arriaga | Notice of Federal Tax Lien | Form 1040<br>Form 1040 | 2013<br>2015 |
| 11/27/2017 | 23812450 | Juan Carlos Arriaga | Notice of Federal Tax Lien | Form 1040 | 2014 |
| 10/29/2020 | 24676983 | Juan Carlos Arriaga | Notice of Federal Tax Lien | Form 1040<br>Form 1040 | 2010<br>2011 |
| 4/13/2021 | 24918605 | Juan Carlos Arriaga | Notice of Federal Tax Lien | Form 1040 | 2017 |
| 8/10/2021 | 25060439 | Juan Carlos Arriaga | Notice of Federal Tax Lien | Form 1040 | 2020 |
| 11/4/2021 | 25154941 | Juan Carlos Arriaga | Notice of Federal Tax Lien | Form 1040 | 2019 |
| 3/10/2022 | 25257804 | Juan Carlos Arriaga | Notice of Federal Tax Lien | Form 1040 | 2018 |
| 7/17/2024 | 22648674 | Juan Carlos Arriaga | Notice of Federal Tax Lien | Form 1040 | 2012 |
| 8/26/2024 | 25689981 | Juan Carlos Arriaga | Notice of Federal Tax Lien | Form 1040<br>Form 1040 | 2021<br>2022 |
| 9/26/2024 | 25704274 | Juan Carlos Arriaga | Notice of Federal Tax Lien | Form 1040 | 2023 |
| 7/24/2025 | 25844609 | Juan Carlos Arriaga | Notice of Federal Tax Lien – Refile | Form 1040 | 2013 |
| 7/24/2025 | 25844608 | Juan Carlos Arriaga | Notice of Federal Tax Lien – Refile | Form 940<br><br>Form 941<br>Form 941<br>Form 941 | 2013<br><br>6/30/2013<br>9/30/2013<br>12/31/2013 |

Stipulated Motion regarding Lien Priority        3

8. SRS Distribution has a judgment lien on the Subject Property by virtue of an Abstract of Judgment recorded on February 14, 2019, with the Santa Clara County Clerk Recorder, Instrument No. 24116627.

9. The lien priorities between the United States and SRS Distribution are as follows:

| Rank | Lienholder | Tax Type | Tax Periods |
|---|---|---|---|
| 1 | United States | Form 940 | 2013 |
| | | Form 941 | 6/30/2013 |
| | | Form 941 | 9/30/2013 |
| | | Form 941 | 12/31/2013 |
| 2 | United States | Form 1040 | 2013 |
| | | Form 1040 | 2015 |
| 3 | United States | Form 1040 | 2014 |
| 4 | SRS Distribution | | |
| 5 | United States | Form 1040 | 2010 |
| | | Form 1040 | 2011 |
| 6 | United States | Form 1040 | 2017 |
| 7 | United States | Form 1040 | 2020 |
| 8 | United States | Form 1040 | 2019 |
| 9 | United States | Form 1040 | 2018 |
| 10 | United States | Form 1040 | 2012 |
| 11 | United States | Form 1040 | 2021 |
| | | Form 1040 | 2022 |
| 12 | United States | Form 1040 | 2023 |

10. Should the Court permit the sale of the Subject Property, SRS Distribution agrees to provide the United States with the balance due and owing on its lien upon the United States' request.

11. SRS Distribution agrees to be bound to a judgment related to the Subject Property, which might be entered herein, to the extent such judgment is consistent with the terms of this Stipulated Motion.

12. In the event SRS Distribution initiates any collection procedures against the Subject Property while this action is pending, SRS Distribution shall notify counsel for the United States, in writing, prior to initiating such action.

13.     The United States and SRS Distribution agree to bear their own costs and attorney's fees, except the costs incurred in selling the Subject Property, which are to be reimbursed from the proceeds of the sale of the Subject Property prior to satisfying the outstanding liens on the Subject Property.

14.     The United States and SRS Distribution respectfully request an order confirming the foregoing.

Dated: May 26, 2026.

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

/s/ *Christian Mejia*
CHRISTIAN MEJIA
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice, Civil Division

*Counsel for the United States*

Dated: May 26, 2026.

BAKER MANOCK & JENSEN, PC

/s/ *Natalya M. Stirrup*
Dirk B. Paloutzian
Kaitlin S. Bursey
Brandon N. Reta
Natalya M. Stirrup
5260 North Palm Avenue, Suite 201
Fresno, CA 93704

*Counsel for SRS Distribution, Inc.*

Stipulated Motion regarding Lien Priority        5

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, I served the foregoing **STIPULATED MOTION REGARDING LIEN PRIORITY BETWEEN THE UNITED STATES AND SRS DISTRIBUTION, INC., D/B/A ROOFLINE SUPPLY & DELIVERY** via the Court's CM/ECF system to:

Cindy L. Ho:
*Counsel for Juan C. Arriaga*:          cindy@cindyholaw.com

Brandon N. Reta
*Counsel for SRS Distribution, Inc.*:    breta@bakermanock.com, lmarcyes@bakermanock.com

Dirk Brian Paloutzian                   dpaloutzian@bakermanock.com,
*Counsel for SRS Distribution, Inc.*:    lmarcves@bakermanock.com

Kaitlin Bursey
*Counsel for SRS Distribution, Inc.*:    ksbursey@bakermanock.com

I hereby further certify that on May 26, 2026, I caused the foregoing **STIPULATED MOTION REGARDING LIEN PRIORITY BETWEEN THE UNITED STATES AND SRS DISTRIBUTION, INC., D/B/A ROOFLINE SUPPLY & DELIVERY** to be served by U.S. Mail, postage prepaid, and EMAIL to the following:

Diala Debbas
Supervising Attorney
Aldridge Pite, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108
ddebbas@aldridgepite.com
*Counsel for Lakeview Loan Servicing, LLC*

State of California Franchise Tax Board
9646 Butterfield Way
Sacramento, CA 95827

County of Santa Clara, Department of Tax and Collections
110 W. Tasman Drive
San Jose, CA 95134

County of Santa Clara, Department of Child Support Services
333 W. Julian Street
San Jose, CA 95110

/s/ *Christian Mejia*
CHRISTIAN MEJIA
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice

Stipulated Motion regarding Lien Priority          6

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

CHRISTIAN MEJIA (NY SBN: 5641352)
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice, Civil Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:    (202) 305-7548
Fax:          (202) 307-0054
E-mail:       Christian.Mejia@usdoj.gov

*Counsel for the United States*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>       *v.*<br><br>Juan C. Arriaga, in his individual capacity and doing business as Quality Roofing Company; State of California Franchise Tax Board; County of Santa Clara, Department of Tax and Collections; County of Santa Clara, Department of Child Support Services; Lakeview Loan Servicing LLC; SRS Distribution Inc., doing business as Roofline Supply & Delivery,<br><br>       Defendants. | Case No. 3:26-cv-02159-CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION REGARDING LIEN PRIORITY BETWEEN THE UNITED STATES AND SRS DISTRIBUTION, INC., D/B/A ROOFLINE SUPPLY & DELIVERY** |

     Plaintiff, the United States, and Defendant, SRS Distribution, Inc., D/B/A Roofline Supply & Delivery ("SRS Distribution"), have jointly filed a Stipulated Motion regarding Lien Priority between the United States and SRS Distribution, Inc., D/B/A Roofline Supply & Delivery ("Stipulated Motion") (ECF No. 21) with regard to the real property at issue in this action ("Subject Property").

[Proposed] Order                                    1

In consideration of the parties' Stipulated Motion and for good cause shown, the Court ORDERS:

1.    The Stipulated Motion between the United States and SRS Distribution is hereby GRANTED;

2.    The Subject Property is identified by Santa Clara County's Assessors' Parcel Numbers 835-11-017, portion, and 835-11-123;

3.    The Subject Property is more particularly described and identified as follows:

> The land referred to is situated in the unincorporated area of the County of Santa Clara, State of California, and is described as follows:
>
> All that real property situate in the County of Santa Clara, State of California, being the portion of Lot 156 as shown on the map entitled "Catherine Dunne Ranch Map No. 1", filed November 15, 1893 in Book G of Maps, at Pages 92 and 93, Records of Santa Clara County, California, contained within the Lands described in the Affidavit of Death of Trustee, recorded March 3, 2011 as Document Number 21101362, Official Records of Santa Clara County, California, more particularly described as follows:
>
> Beginning at the intersection of the centerline of New Avenue with the Northwesterly line of said Lot 156; thence along said centerline, S 23° 48' 00" E, a distance of 314.33 feet; thence leaving said centerline running parallel with said Northwesterly line of Lot 156, S 66° 12' 00" W, a distance of 693.00 feet to the West line of said Lot 156; thence along said West line, N 23° 48' 00" W, a distance of 314.32 feet to the Northwesterly line of said Lot 156; thence along said Northwesterly line, N 66° 12' 00" E, a distance of 693.00 feet to the Point of Beginning.
>
> Said description pursuant to that certain Certificate of Compliance recorded September 5, 2013 as Document No. 22374886, Official Records of Santa Clara County, California.
>
> APN:  835-11-017, a portion;

4.    SRS Distribution shall be bound to a judgment related to the Subject Property, which might be entered in this case, to the extent such judgment is consistent with the terms of the parties' Stipulated Motion; and

//

//

//

//

[Proposed] Order                                    2

5.    The United States and SRS Distribution shall each bear their own costs and attorney's fees, except the costs incurred in selling the Subject Property, which are to be reimbursed from the proceeds of the sale of the Subject Property prior to satisfying the outstanding liens on the Subject Property.

**IT IS SO ORDERED.**

Dated:  May 28, 2026

_____
CHARLES R. BREYER
United States District Judge

[Proposed] Order                                    3