BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

CHRISTIAN MEJIA (NJ: 129362015 / NY SBN: 5641352)
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice, Civil Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:    (202) 305-7548
Fax:          (202) 307-0054
E-mail:       Christian.Mejia@usdoj.gov

*Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>      *v.*<br><br>Juan C. Arriaga, in his individual capacity and doing business as Quality Roofing Company; State of California Franchise Tax Board; County of Santa Clara, Department of Tax and Collections; County of Santa Clara, Department of Child Support Services; Lakeview Loan Servicing LLC; SRS Distribution Inc., doing business as Roofline Supply & Delivery,<br><br>      Defendants. | Case No. 3:26-cv-02159-CRB<br><br>**STIPULATED MOTION REGARDING LIEN PRIORITY BETWEEN THE UNITED STATES AND LAKEVIEW LOAN SERVICING, LLC**: ORDER |

Plaintiff, the United States, and Defendant, Lakeview Loan Servicing, LLC ("Lakeview"),

though undersigned counsel, stipulate as follows:

1.      On March 12, 2026, the United States filed this action to (1) reduce to judgment certain

outstanding federal tax assessments against Defendant Juan C. Arriaga, and (2) foreclose federal tax

Stipulated Motion regarding Lien Priority          1

liens on real property commonly known as 10365 New Avenue, Gilroy, CA 95020 ("Subject Property").

2.    This Stipulated Motion relates to the Subject Property.

3.    The Subject Property is identified by Santa Clara County's Assessors' Parcel Numbers 835-11-017, portion, and 835-11-123.

4.    The Subject Property is more particularly described and identified as follows:

The land referred to is situated in the unincorporated area of the County of Santa Clara, State of California, and is described as follows:

All that real property situate in the County of Santa Clara, State of California, being the portion of Lot 156 as shown on the map entitled "Catherine Dunne Ranch Map No. 1", filed November 15, 1893 in Book G of Maps, at Pages 92 and 93, Records of Santa Clara County, California, contained within the Lands described in the Affidavit of Death of Trustee, recorded March 3, 2011 as Document Number 21101362, Official Records of Santa Clara County, California, more particularly described as follows:

Beginning at the intersection of the centerline of New Avenue with the Northwesterly line of said Lot 156; thence along said centerline, S 23° 48' 00" E, a distance of 314.33 feet; thence leaving said centerline running parallel with said Northwesterly line of Lot 156, S 66° 12' 00" W, a distance of 693.00 feet to the West line of said Lot 156; thence along said West line, N 23° 48' 00" W, a distance of 314.32 feet to the Northwesterly line of said Lot 156; thence along said Northwesterly line, N 66° 12' 00" E, a distance of 693.00 feet to the Point of Beginning.

Said description pursuant to that certain Certificate of Compliance recorded September 5, 2013 as Document No. 22374886, Official Records of Santa Clara County, California.

APN:  835-11-017, a portion

5.    The United States named Lakeview as a defendant in this action pursuant to 26 U.S.C. § 7403(b). The United States claims no monetary relief against Lakeview.

6.    The United States asserts that federal tax liens encumber the Subject Property. These federal tax liens are referenced in paragraphs 22 through 26 of the complaint for this action. ECF No. 1.

7.    Lakeview has a lien on the Subject Property by virtue of a Deed of Trust executed by Mr. Arriaga recorded on January 23, 2014, with the Santa Clara County Clerk Recorder, Document No. 22502549 ("Deed of Trust"). This lien is senior to and shall have priority over the United States' federal tax liens identified in paragraph 6, above.

Stipulated Motion regarding Lien Priority        2

8. Should the Court permit the sale of the Subject Property, Lakeview agrees to provide the United States with the balance due and owing on its lien upon the United States' request.

9. Lakeview agrees to be bound to a judgment related to the Subject Property, which might be entered herein, to the extent such judgment is consistent with the terms of this Stipulated Motion.

10. In the event Lakeview initiates any collection procedures against the Subject Property while this action is pending, Lakeview shall notify counsel for the United States, in writing, prior to initiating such action.

11. This Stipulated Motion in no way modifies the terms of the Deed of Trust.

12. The United States and Lakeview agree to bear their own costs and attorney's fees, except the costs incurred in selling the Subject Property, which are to be reimbursed from the proceeds of the sale of the Subject Property prior to satisfying the outstanding liens on the Subject Property. However this Stipulated Motion does not affect any right Lakeview may have to recover its reasonable costs and attorney's fees associated with this action from Mr. Arriaga by adding such amounts to the balance due on its lien as contractually provided for under the terms of the Deed of Trust and 26 U.S.C. § 6323(e).

13. The United States and Lakeview respectfully request an order confirming the foregoing.

Dated: June 4, 2026.

BRETT A. SHUMATE
Assistant Attorney General

/s/ *Christian Mejia*
CHRISTIAN MEJIA
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice, Civil Division

*Counsel for the United States*

Dated: June 4, 2026.

/s/ *Diala Debbas*
DIALA DEBBAS
Supervising Attorney
Aldridge Pite, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108
*Counsel for Lakeview Loan Servicing, LLC*

*The filer, Christian Mejia, attests that each of the other Signatories have concurred in the filing of this document, in accordance with Civil L.R. 5-1(h)(3).

Stipulated Motion regarding Lien Priority        3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2026, I served the foregoing **STIPULATED MOTION REGARDING LIEN PRIORITY BETWEEN THE UNITED STATES AND LAKEVIEW LOAN SERVICING, LLC** via the Court's CM/ECF system to:

Cindy L. Ho:
*Counsel for Juan C. Arriaga*:          cindy@cindyholaw.com

Brandon N. Reta
*Counsel for SRS Distribution, Inc.*:   breta@bakermanock.com, lmarcyes@bakermanock.com

Dirk Brian Paloutzian                  dpaloutzian@bakermanock.com,
*Counsel for SRS Distribution, Inc.*:   lmarcves@bakermanock.com

Kaitlin Bursey
*Counsel for SRS Distribution, Inc.*:   ksbursey@bakermanock.com

I hereby further certify that on June 4, 2026, I caused the foregoing **STIPULATED MOTION REGARDING LIEN PRIORITY BETWEEN THE UNITED STATES AND LAKEVIEW LOAN SERVICING, LLC** to be served by U.S. Mail, postage prepaid, and EMAIL to the following:

Taylor Strickland
TStrickland@dpsslegal.com
*Counsel for SRS Distribution, Inc.*

Diala Debbas
ddebbas@aldridgepite.com
*Counsel for Lakeview Loan Servicing, LLC*

Katherine Erickson
Katherine.Erickson@cco.sccgov.org
*Counsel for County of Santa Clara, Department of Tax and Collections, and County of Santa Clara, Department of Child Support Services*

State of California Franchise Tax Board
9646 Butterfield Way
Sacramento, CA 95827

/s/ *Christian Mejia*
CHRISTIAN MEJIA
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice

Stipulated Motion regarding Lien Priority          4

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

CHRISTIAN MEJIA (NJ: 129362015 / NY SBN: 5641352)
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice, Civil Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:    (202) 305-7548
Fax:          (202) 307-0054
E-mail:       Christian.Mejia@usdoj.gov

*Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>        *v.*<br><br>Juan C. Arriaga, in his individual capacity and doing business as Quality Roofing Company; State of California Franchise Tax Board; County of Santa Clara, Department of Tax and Collections; County of Santa Clara, Department of Child Support Services; Lakeview Loan Servicing LLC; SRS Distribution Inc., doing business as Roofline Supply & Delivery,<br><br>        Defendants. | Case No. 3:26-cv-02159-CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION REGARDING LIEN PRIORITY BETWEEN THE UNITED STATES AND LAKEVIEW LOAN SERVICING, LLC** |

Plaintiff, the United States, and Defendant, Lakeview Loan Servicing, LLC ("Lakeview"), have jointly filed a Stipulated Motion regarding Lien Priority between the United States and Lakeview Loan Servicing, LLC ("Stipulated Motion") (ECF No. 25) with regard to the real property at issue in this action ("Subject Property").

[Proposed] Order                                    1

In consideration of the parties' Stipulated Motion and for good cause shown, the Court ORDERS:

1. The Stipulated Motion between the United States and Lakeview is hereby GRANTED;

2. The Subject Property is identified by Santa Clara County's Assessors' Parcel Numbers 835-11-017, portion, and 835-11-123;

3. The Subject Property is more particularly described and identified as follows:

The land referred to is situated in the unincorporated area of the County of Santa Clara, State of California, and is described as follows:

All that real property situate in the County of Santa Clara, State of California, being the portion of Lot 156 as shown on the map entitled "Catherine Dunne Ranch Map No. 1", filed November 15, 1893 in Book G of Maps, at Pages 92 and 93, Records of Santa Clara County, California, contained within the Lands described in the Affidavit of Death of Trustee, recorded March 3, 2011 as Document Number 21101362, Official Records of Santa Clara County, California, more particularly described as follows:

Beginning at the intersection of the centerline of New Avenue with the Northwesterly line of said Lot 156; thence along said centerline, S 23° 48' 00" E, a distance of 314.33 feet; thence leaving said centerline running parallel with said Northwesterly line of Lot 156, S 66° 12' 00" W, a distance of 693.00 feet to the West line of said Lot 156; thence along said West line, N 23° 48' 00" W, a distance of 314.32 feet to the Northwesterly line of said Lot 156; thence along said Northwesterly line, N 66° 12' 00" E, a distance of 693.00 feet to the Point of Beginning.

Said description pursuant to that certain Certificate of Compliance recorded September 5, 2013 as Document No. 22374886, Official Records of Santa Clara County, California.

APN:  835-11-017, a portion;

4. Lakeview shall be bound to a judgment related to the Subject Property, which might be entered in this case, to the extent such judgment is consistent with the terms of the parties' Stipulated Motion;

5. Lakeview's lien on the Subject Property, by virtue of a Deed of Trust recorded on January 23, 2014, with the Santa Clara County Clerk Recorder, Document No. 22502549 ("Deed of Trust"), is senior to and shall have priority over the United States' federal tax liens identified in paragraph 6 of the Stipulated Motion; and

[Proposed] Order                                        2

6.     The United States and Lakeview shall each bear their own costs and attorney's fees, except the costs incurred in selling the Subject Property, which are to be reimbursed from the proceeds of the sale of the Subject Property prior to satisfying the outstanding liens on the Subject Property. However this Stipulated Motion does not affect any right Lakeview may have to recover its reasonable costs and attorney's fees associated with this action from Mr. Arriaga by adding such amounts to the balance due on its lien as contractually provided for under the terms of the Deed of Trust and 26 U.S.C. § 6323(e).

**IT IS SO ORDERED.**

Dated:  June 8, 2026

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[Proposed] Order                                    3