BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

CHRISTIAN MEJIA (NY SBN: 5641352)
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice, Civil Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:    (202) 305-7548
Fax:             (202) 307-0054
E-mail:         Christian.Mejia@usdoj.gov

*Counsel for the United States*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| United States of America, | Case No. 3:26-cv-02159-CRB |
|---|---|
| Plaintiff, | **STIPULATED MOTION REGARDING LIEN PRIORITY BETWEEN THE UNITED STATES AND COUNTY OF SANTA CLARA, DEPARTMENT OF TAX AND COLLECTIONS** |
| *v.* | ORDER |
| Juan C. Arriaga, in his individual capacity and doing business as Quality Roofing Company; State of California Franchise Tax Board; County of Santa Clara, Department of Tax and Collections; County of Santa Clara, Department of Child Support Services; Lakeview Loan Servicing LLC; SRS Distribution Inc., doing business as Roofline Supply & Delivery, | |
| Defendants. | |

Plaintiff, the United States, and Defendant, County of Santa Clara, Department of Tax and Collections, though undersigned counsel, stipulate as follows:

1.     On March 12, 2026, the United States filed this action to (1) reduce to judgment certain outstanding federal tax assessments against Defendant Juan C. Arriaga, and (2) foreclose federal tax

Stipulated Motion regarding Lien Priority          1

liens on real property commonly known as 10365 New Avenue, Gilroy, CA 95020 ("Subject Property").

2.      This Stipulated Motion relates to the Subject Property.

3.      The Subject Property is identified by Santa Clara County's Assessors' Parcel Numbers 835-11-017, portion, and 835-11-123.

4.      The Subject Property is more particularly described and identified as follows:

The land referred to is situated in the unincorporated area of the County of Santa Clara, State of California, and is described as follows:

All that real property situate in the County of Santa Clara, State of California, being the portion of Lot 156 as shown on the map entitled "Catherine Dunne Ranch Map No. 1", filed November 15, 1893 in Book G of Maps, at Pages 92 and 93, Records of Santa Clara County, California, contained within the Lands described in the Affidavit of Death of Trustee, recorded March 3, 2011 as Document Number 21101362, Official Records of Santa Clara County, California, more particularly described as follows:

Beginning at the intersection of the centerline of New Avenue with the Northwesterly line of said Lot 156; thence along said centerline, S 23° 48' 00" E, a distance of 314.33 feet; thence leaving said centerline running parallel with said Northwesterly line of Lot 156, S 66° 12' 00" W, a distance of 693.00 feet to the West line of said Lot 156; thence along said West line, N 23° 48' 00" W, a distance of 314.32 feet to the Northwesterly line of said Lot 156; thence along said Northwesterly line, N 66° 12' 00" E, a distance of 693.00 feet to the Point of Beginning.

Said description pursuant to that certain Certificate of Compliance recorded September 5, 2013 as Document No. 22374886, Official Records of Santa Clara County, California.

APN:  835-11-017, a portion

5.      The United States named County of Santa Clara, Department of Tax and Collections as a defendant in this action pursuant to 26 U.S.C. § 7403(b). The United States claims no monetary relief against County of Santa Clara, Department of Tax and Collections.

6.      The United States asserts that federal tax liens encumber the Subject Property. These federal tax liens are referenced in paragraphs 22 through 26 of the complaint for this action. ECF No. 1.

7.      The County of Santa Clara, Department of Tax and Collections may have a lien against the Subject Property for unpaid real property taxes assessed against the Subject Property at the time of any sale of the Subject Property.

//

Stipulated Motion regarding Lien Priority        2

8. Under 26 U.S.C. § 6323(b)(6), County of Santa Clara, Department of Tax and Collections' interest in the Subject Property, by virtue of liens for unpaid real property taxes, if any, against the Subject Property, are senior to and shall have priority over the United States' federal tax liens identified in paragraph 6, above.

9. Should the Court permit the sale of the Subject Property, and if the County of Santa Clara, Department of Tax and Collections has any liens for unpaid real property taxes at the time of any sale of the Subject Property, the County of Santa Clara, Department of Tax and Collections agrees to provide the United States with the balance due and owing for these unpaid real property taxes upon the United States' request.

10. The County of Santa Clara, Department of Tax and Collections agrees to be bound to a judgment related to the Subject Property, which might be entered herein, to the extent such judgment is consistent with the terms of this Stipulated Motion.

11. In the event the County of Santa Clara, Department of Tax and Collections initiates any collection procedures against the Subject Property while this action is pending, the County of Santa Clara, Department of Tax and Collections shall notify counsel for the United States, in writing, prior to initiating such action.

12. The United States and the County of Santa Clara, Department of Tax and Collections agree to bear their own costs and attorney's fees, except the costs incurred in selling the Subject Property, which are to be reimbursed from the proceeds of the sale of the Subject Property prior to satisfying the outstanding liens on the Subject Property.

//
//
//
//
//
//
//
//

13. The United States and the County of Santa Clara, Department of Tax and Collections respectfully request an order confirming the foregoing.

Dated: June 8, 2026.

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

/s/ *Christian Mejia*
CHRISTIAN MEJIA
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice, Civil Division

*Counsel for the United States*

Dated: June 8, 2026.                    County of Santa Clara, Office of County Counsel

*/s/ Katherine Erickson*
KATHERINE ERICKSON
Deputy County Counsel
70 West Hedding Street, 9th Floor
San Jose, CA 95110
Telephone: 408-299-5953
Katherine.Erickson@cco.sccgov.org
*Counsel for County of Santa Clara, Department of Tax and Collections*

*The filer, Christian Mejia, attests that each of the other Signatories have concurred in the filing of this document, in accordance with Civil L.R. 5-1(h)(3).

Stipulated Motion regarding Lien Priority          4

# CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2026, I served the foregoing **STIPULATED MOTION REGARDING LIEN PRIORITY BETWEEN THE UNITED STATES AND THE COUNTY OF SANTA CLARA, DEPARTMENT OF TAX AND COLLECTIONS** via the Court's CM/ECF system to:

Cindy L. Ho:
*Counsel for Juan C. Arriaga*:          cindy@cindyholaw.com

Brandon N. Reta
*Counsel for SRS Distribution, Inc.*:   breta@bakermanock.com, lmarcyes@bakermanock.com

Dirk Brian Paloutzian                   dpaloutzian@bakermanock.com,
*Counsel for SRS Distribution, Inc.*:   lmarcves@bakermanock.com

Kaitlin Bursey
*Counsel for SRS Distribution, Inc.*:   ksbursey@bakermanock.com

I hereby further certify that on June 8, 2026, I caused the foregoing **STIPULATED MOTION REGARDING LIEN PRIORITY BETWEEN THE UNITED STATES AND THE COUNTY OF SANTA CLARA, DEPARTMENT OF TAX AND COLLECTIONS** to be served by U.S. Mail, postage prepaid, and EMAIL to the following:

Taylor Strickland
TStrickland@dpsslegal.com
*Counsel for SRS Distribution, Inc.*

Diala Debbas
ddebbas@aldridgepite.com
*Counsel for Lakeview Loan Servicing, LLC*

Katherine Erickson
Katherine.Erickson@cco.sccgov.org
*Counsel for County of Santa Clara, Department of Tax and Collections, and County of Santa Clara, Department of Child Support Services*

State of California Franchise Tax Board
9646 Butterfield Way
Sacramento, CA 95827

/s/ *Christian Mejia*
CHRISTIAN MEJIA
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice

Stipulated Motion regarding Lien Priority          5

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

CHRISTIAN MEJIA (NY SBN: 5641352)
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice, Civil Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:    (202) 305-7548
Fax:          (202) 307-0054
E-mail:       Christian.Mejia@usdoj.gov

*Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>           *v.*<br><br>Juan C. Arriaga, in his individual capacity and doing business as Quality Roofing Company; State of California Franchise Tax Board; County of Santa Clara, Department of Tax and Collections; County of Santa Clara, Department of Child Support Services; Lakeview Loan Servicing LLC; SRS Distribution Inc., doing business as Roofline Supply & Delivery,<br><br>           Defendants. | Case No. 3:26-cv-02159-CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION REGARDING LIEN PRIORITY BETWEEN THE UNITED STATES AND COUNTY OF SANTA CLARA, DEPARTMENT OF TAX AND COLLECTIONS** |

Plaintiff, the United States, and Defendant, County of Santa Clara, Department of Tax and Collections, have jointly filed a Stipulated Motion regarding Lien Priority between the United States and County of Santa Clara, Department of Tax and Collections ("Stipulated Motion") (ECF No. 28) with regard to the real property at issue in this action ("Subject Property").

[Proposed] Order                    1

In consideration of the parties' Stipulated Motion and for good cause shown, the Court ORDERS:

1.      The Stipulated Motion between the United States and the County of Santa Clara, Department of Tax and Collections is hereby GRANTED;

2.      The Subject Property is identified by Santa Clara County's Assessors' Parcel Numbers 835-11-017, portion, and 835-11-123;

3.      The Subject Property is more particularly described and identified as follows:

The land referred to is situated in the unincorporated area of the County of Santa Clara, State of California, and is described as follows:

All that real property situate in the County of Santa Clara, State of California, being the portion of Lot 156 as shown on the map entitled "Catherine Dunne Ranch Map No. 1", filed November 15, 1893 in Book G of Maps, at Pages 92 and 93, Records of Santa Clara County, California, contained within the Lands described in the Affidavit of Death of Trustee, recorded March 3, 2011 as Document Number 21101362, Official Records of Santa Clara County, California, more particularly described as follows:

Beginning at the intersection of the centerline of New Avenue with the Northwesterly line of said Lot 156; thence along said centerline, S 23° 48' 00" E, a distance of 314.33 feet; thence leaving said centerline running parallel with said Northwesterly line of Lot 156, S 66° 12' 00" W, a distance of 693.00 feet to the West line of said Lot 156; thence along said West line, N 23° 48' 00" W, a distance of 314.32 feet to the Northwesterly line of said Lot 156; thence along said Northwesterly line, N 66° 12' 00" E, a distance of 693.00 feet to the Point of Beginning.

Said description pursuant to that certain Certificate of Compliance recorded September 5, 2013 as Document No. 22374886, Official Records of Santa Clara County, California.

APN:  835-11-017, a portion;

4.      The County of Santa Clara, Department of Tax and Collections shall be bound to a judgment related to the Subject Property, which might be entered in this case, to the extent such judgment is consistent with the terms of the parties' Stipulated Motion;

5.      The County of Santa Clara, Department of Tax and Collections' interest in the Subject Property, by virtue of liens for unpaid real property taxes, if any, against the Subject Property under 26 U.S.C. § 6323(b)(6), are senior to and shall have priority over the United States' federal tax liens identified in paragraph 6 of the Stipulated Motion; and

[Proposed] Order                                    2

6.      The United States and the County of Santa Clara, Department of Tax and Collections shall each bear their own costs and attorney's fees, except the costs incurred in selling the Subject Property, which are to be reimbursed from the proceeds of the sale of the Subject Property prior to satisfying the outstanding liens on the Subject Property.

**IT IS SO ORDERED.**

Dated:  June 11, 2026

_____
HON. CHARLES R. BREYER
United States District Judge

[Proposed] Order                                    3